CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE ENDEAVOR GROUP, LLC
2001 K Street, N.W., Suite 206
Washington, DC 20006 and

ADAM R. WALDMAN       Plaintiff
5163 Tilden Street, N.W.
Washington, DC 20016
                    v.

TRAVEL GUARD GROUP, INC.
1145 Clark Street       Defendant
Stevens Point, WI 54481 and

JOHN M. NOEL
3209 Channel Drive
Stevens Point, WI 54481

Civil Action No. _____

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __the Endeavor Group, LLC and Adam R. Waldman__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the Endeavor Group, LLC__, which have any outstanding securities in the hands of the public. _____

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

DC Bar # 418577
Bar Identification Number

Benjamin G. Chew
Print Name

2550 M Street, N.W.
Address

Washington         DC         20037
City               State      Zip

(202) 457-6000
Telephone Number