**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE ENDEAVOR GROUP, LLC<br>2001 K Street, N.W., Suite 206<br>Washington, D.C. 20006<br><br>and<br><br>ADAM R. WALDMAN<br>5163 Tilden Street, N.W.<br>Washington, D.C. 20016<br><br>     Plaintiffs,<br><br>     v.<br><br>TRAVEL GUARD GROUP, INC.<br>1145 Clark Street<br>Stevens Point, Wisconsin 54481<br><br>and<br><br>JOHN M. NOEL<br>3209 Channel Drive<br>Stevens Point, Wisconsin 54481<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV00628 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER SEALING COMPLAINT

  The Agreed Motion to Seal the Complaint is hereby GRANTED. The Clerk's Office shall seal the Complaint in this action and remove all copies of the Complaint from the Court's on-line filing systems, including Pacer and CM/ECF.

  IT IS SO ORDERED.

                   _____
                   The Honorable Ellen Segal Huvelle
                   United States District Judge

Dated: April ___, 2006