IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ENDEAVOR GROUP, LLC, *et. al.* | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 1:06CV00628 (ESH) ) |
| TRAVEL GUARD GROUP, INC. *et. al.* | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COMPLAINT

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and the Local Rules, Plaintiffs The Endeavor Group, LLC and Adam R. Waldman ("Plaintiffs"), by and through its undersigned counsel, hereby voluntarily dismisses **without prejudice** the Complaint in the above captioned proceeding as against all Defendants. All allegations in the Complaint are withdrawn.

No Answer or Motion for Summary Judgment has been filed in this proceeding.

Respectfully submitted,

    /s/ Benjamin G. Chew
Benjamin G. Chew (D.C. Bar No. 418577)
Andrew Zimmitti (D.C. Bar No. 464091)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC  20037-1350
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315

*Counsel for Plaintiffs The Endeavor Group, LLC and Adam R. Waldman*

Dated:  April 24, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24[h] day of April, 2006, true and correct copies of the foregoing Notice of Voluntary Dismissal Without Prejudice of Complaint were served by electronic notice and by First Class Mail, postage prepaid, upon the following:

        Daniel W. Nelson, Esq.
        Geoffrey M. Sigler, Esq.
        GIBSON, DUNN & CRUTCHER, LLP
        1050 Connecticut Ave., N.W.
        Washington, DC  20009
        Telephone:  (202) 955-8500
        Facsimile:  (202) 530-9635

        Counsel for Defendants The Travel Group, Inc. and John M. Noel

         /s/  Benjamin G. Chew
        BENJAMIN G. CHEW

3815142v1