N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE ENDEAVOR GROUP, LLC,** *et. al.* | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) Civil Action No.: 1:06CV00628 (ESH) ) |
| **TRAVEL GUARD GROUP, INC.** *et. al.* | ) ) |
| **Defendants.** | ) ) |

## **ORDER**

UPON consideration of Notice of Voluntary Dismissal without Prejudice of Complaint, it is this

_____ day of April 2006 hereby ORDERED that:

   Plaintiffs' Complaint is dismissed without prejudice.



_____
The Honorable Ellen Segal Huvelle
United States District Judge

SERVE:

Daniel W. Nelson, Esq.
Geoffrey M. Sigler, Esq.
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave., N.W.
Washington, DC  20009
Telephone:  (202) 955-8500
Facsimile:  (202) 530-9635

*Counsel for Defendants*
*The Travel Group, Inc. and John M. Noel*


Benjamin G. Chew, Esq.
Andrew Zimmitti, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC  20037-1350
Telephone:     (202) 457-6000
Facsimile:     (202) 457-6315

*Counsel for Plaintiffs*
*The Endeavor Group, LLC and Adam R. Waldman*

4799037v1